STATE of Missouri, Respondent,

v.

Penny Sue HAMILTON, Appellant.

No. WD 46177.

Missouri Court of Appeals,
Western District.

Sept. 14, 1993.

■

Brad B. Baker, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

PER CURIAM.

ORDER

Defendant appeals her jury conviction for second degree assault pursuant to section 565.060, RSMo 1986, and the sentence of four years in jail.

The judgment of conviction is affirmed. Rule 30.25(b).